**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

   VS                                                                         CASE NO. 5:88cr05040/RV

KUNTA ALLAH MUWWAKILL

**REFERRAL AND ORDER**

Referred to Judge Roger Vinson on June 9, 2005
Motion/Pleadings: Petition for Writ of Error Coram Nobis
Filed by Defendant     on 6/2/2005     Doc.#  200
RESPONSES:
 United States     on 6/9/2005     Doc.#  201
     on      Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

   s/Jerry Marbut
LC (1 OR 2)                Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  10th  day of  June , 2005, that:*
*(a) The relief requested is DENIED.*
*(b) _____*

                                       /s/ *Roger Vinson*
                                       ***ROGER VINSON***
                               ***Senior United States District Judge***