UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS                                                                    CASE NO.  5:88cr05040/RV

KUNTA ALLAH MUWWAKIL

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   August 9, 2004
Motion/Pleadings:   MOTION for reconsideration of ORDER (doc. 202) Denying Petition for Writ of Error Coram Nobis
Filed by   Defendant                         on  8/4/2005         Doc.#    205

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut
LC (1 OR 2)                        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 10th of    August         , 2005, that:*
*(a) The relief requested is DENIED.*
*(b)* _____

/s/ *Roger Vinson*
***ROGER VINSON***
***United States District Judge***