IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.   5:88cr5040/RV

**KUNTA ALLAH MUWWAKIL**

---

## ORDER

The defendant has filed a notice of appeal (doc. 210) of the order denying his petition for writ of error coram nobis, which this court construes as a request for a certificate of appealability.[1]  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying habeas relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

Defendant has also filed a motion for leave to proceed *in forma pauperis.*  (Doc. 211).  The supporting documentation indicates that he has $3,170.24 in his inmate account.  Therefore, the defendant is not entitled to so proceed, and his motion will be denied.  Defendant shall pay the $255.00 appellate filing fee within thirty days.

DONE AND ORDERED this 19th day of September, 2005.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] See Edwards v. United States, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).