**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                          CASE NO. 5:88cr05040-01/RV

KUNTA ALLAH MUWWAKIL

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on  September 11, 2008

Motion/Pleadings:  Motion to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)

Filed by  Defendant    on 4/16/2008    Doc.# 232

RESPONSES:

United States    on  4/24/2008    Doc.# 233

_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  13th  day of  November , 2008, that:*

*(a) The relief requested is DENIED.*

*(b) The Defendant's Sentencing Guideline Range is not affected by Amendment 706.*

/s/ *Roger Vinson*

**ROGER VINSON
Senior United States District Judge**