# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.  5:88cr05040-01/RV

KUNTA ALLAH MUWWAKIL

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   July 6, 2009

Motion/Pleadings:   [Second] Motion to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)

Filed by   Defendant      on 7/01/2009      Doc.#   272

RESPONSES:

                                    on             Doc.# 

                                    on             Doc.# 

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

   s/Jerry Marbut
Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* <u>6th</u> *day of* <u>July</u>*, 2009, that:*

*(a) The relief requested is DENIED.*

*(b) The Defendant's amended offense level of 37 and his amended criminal history category of VI result in an unchanged Guideline Range of 360 months to Life.*

*(c) Additionally, the Defendant also qualified as a career offender under the Guidelines, with a Guideline Range of 360 months to Life.*

                                           /s/ *Roger Vinson*
                                           *ROGER VINSON*
                                    *Senior United States District Judge*